# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CARDALE BATES,** | **:** | |
| **Petitioner,** | **:** | |
| **vs.** | **:** | **CA 07-00120-CG-C** |
| **DAVID O. STREIFF, et al.,** | **:** | |
| **Respondents.** | **:** | |

## ORDER

After due and proper consideration of all portions of  this file deemed

relevant to the issues raised, and there having been no objections filed, the

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B)

and dated August 20, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 20th day of September, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE